# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

COMMONWEALTH
VAZ, ALEX FIDALGO
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

UNITED STATES
VAZ, ALEX FIDALGO
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

*FILED IN CLERKS OFFICE 2021 MAY 13 PM 1:23 U.S. DISTRICT COURT DISTRICT OF MASS.*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Vaz, Alex Fidalgo
- Street Address: 240 Torrey Street
- City and County: Brockton, Plymouth County
- State and Zip Code: Mass, 02301
- Telephone Number: 857-488-3768
- E-mail Address: aofvvaz89@icloud.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: **UNITED STATES**
- Job or Title (if known): President - Joseph R. Biden
- Street Address: 1600 Pennsylvania Ave NW
- City and County: Washington, DC 20500
- State and Zip Code: Washington, 20500
- Telephone Number: 202-456-1414
- E-mail Address (if known):

Defendant No. 2
- Name: Vaz, Alex Fidalgo
- Job or Title (if known): Other - Commander-in-Chief
- Street Address: 1600 Pennsylvania Ave NW
- City and County: Washington, DC
- State and Zip Code: Washington, 20500
- Telephone Number: 202-456-1414
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
•) Federal Statutes: 28-USC-1331, 28-USC-1332.
•) Federal Treaties: U.S. International Treaties.
•) General Laws Part 1 - Title 1 - Chapter - 1-10. And chapter: ~183-5A.
•) U.S Constitution - Article I section 9 - Paragraph 8
All

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Vaz, Alex Fidalgo, is a citizen of the State of *(name)* Massachusetts. - Commonwealth.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* Commonwealth, is incorporated under the laws of the State of *(name)* Massachusetts, Province, Colony, and has its principal place of business in the State of *(name)* Massachusetts.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* Vaz, Alex Fidalgo, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* United States.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, (name) __United States__, is incorporated under the laws of the State of (name) __Commonwealth__, and has its principal place of business in the State of (name) __White House - District of Col.__ Or is incorporated under the laws of (foreign nation) __Commonwealth__, and has its principal place of business in (name) __24 Beacon St Boston Massachusetts 02133__

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain):

The Amount in controversy is the Amount for the United States to renew his lease over jurisdiction on ~~my~~ Commonwealth land. The lease renew is with A 100-years-term for ~£ 10 googleplex British sterling-Pound or U.S Pound or U.S dollars whatever case may be.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

• The plaintiff is the land owner, said land where United States has said jurisdiction, same applies to my Commonwealth. The defendant knew about the new Commonwealth's land owner since December 9, 2018. The defendant decided not to comply with the said command, ~~a~~ return issue an restraining order while it collects on behalf of my Commonwealth.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For damages or the relief the plaintiff asks this court to order the United states to comply with said order and to pay his debts. Also, the claimant, petitioner, plaintiff [request for introduction of it's state Constitution into the union, not limited to formation of United Kingdom of Great Britain and United States of Commonwealth Country[ies]] The Amount at stake is the said Amount to renew the ~~agreement~~

The claimant, petitioner, plaintiff is seeking for new era for his subjects, citizens, dependencies, territories, land, good, ocean and air - rights. The claimant, petitioner, plaintiff is a long-time allied of the United States and seek to maintain said relationship.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 13, 2021

Signature of Plaintiff

Printed Name of Plaintiff  Vaz Alex Fidalgo.

### B. For Attorneys

Date of signing: _____

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address